IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHAN LOWE,<br><br>        Petitioner,<br><br>  v.<br><br>C. CHESTER,<br><br>        Respondent. | No. C 09-00822 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner filed an in forma pauperis application; however, he did not file his prisoner trust account statement.

    On April 21, 2009, the Court sent a second notification to Petitioner informing him that he did not file a prisoner trust account statement. The Court directed Petitioner to either pay the fee or submit a prisoner trust account statement within thirty days or his action would be dismissed.

    More than thirty days have passed and Petitioner has not paid the filing fee, submitted a prisoner trust account statement or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

    IT IS SO ORDERED.

DATED: 6/1/09

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

P:\PRO-SE\SBA\HC.09\Lowe0822.DIS-IFP.frm

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  TISHAN LOWE,                                                    Case Number: CV09-00822 SBA

7              Plaintiff,                                          **CERTIFICATE OF SERVICE**

8     v.

9  C. CHESTER et al,

10             Defendant.
                                                    /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13

14  That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18  Tishan Lowe 98006-111
    U.S. Penitentiary
    P.O. Box 1000
19  Leavenworth, KS 66048

20  Dated: June 3, 2009
                                                    Richard W. Wieking, Clerk
21                                                  By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.09\Lowe0822.DIS-IFP.frm                2